**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**CHRISTOPHER G THOMAS**                       **CIVIL ACTION NO. 21-cv-3452**

**VERSUS**                                                        **JUDGE TERRY A. DOUGHTY**

**SHERIFFS OFFICE OF CADDO PARISH**        **MAGISTRATE JUDGE HORNSBY**

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge
[Doc. No. 36] previously filed herein, and having thoroughly reviewed the record,
including the Objection [Doc. No. 39] filed by Plaintiff, Christopher G. Thomas on
November 9, 2022, and concurring with the findings of the Magistrate Judge under the
applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to
Dismiss (Doc. No. 32) is **DENIED** with respect to state and federal malicious prosecution
claims against Deputy Parker and Deputy Perry.  The motion is **GRANTED** in all other
respects.  All claims against all other defendants are **DISMISSED WITH PREJUDICE.**

MONROE, LOUISIANA, this the 10th day of November 2022.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**