# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **CHRISTOPHER G THOMAS** | **CIVIL ACTION NO. 21-cv-3452** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFFS OFFICE OF CADDO PARISH** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 58] previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment [Doc. No. 48] and Plaintiff's Motion for Summary Judgment [Doc. No. 52] are hereby **DENIED**.

MONROE, LOUISIANA this 5th day of July 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**